UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER T. MONROE,<br><br>  Plaintiff,<br><br>  v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>  Defendant. | Case No.  5:14-cv-05174-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' joint statement filed on July 22, 2016 (Dkt. No. 35), the court orders as follows:

1. The parties' request to extend the deadline for completion of mediation is GRANTED. The parties shall complete mediation pursuant to the order filed on March 31, 2016 (Dkt. No. 32) on or before **September 9, 2016.**

2. The Case Management Conference scheduled for July 28, 2016, is CONTINUED to **10:00 a.m. on October 27, 2016.** The parties shall file an updated Joint Case Management Statement on or before **October 20, 2016.**

**IT IS SO ORDERED.**

Dated:  July 25, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-05174-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1