*Counsel for Plaintiff:*
James M. Terrell (Appearance *Pro Hac Vice*)
Email: jterrell@mmlaw.net
P. Michael Yancey (Appearance *Pro Hac Vice*)
Email: myancey@mmlaw.net
Patrick C. Marshall (Appearance *Pro Hac Vice*)
Email: pmarshall@mmlaw.net
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Tel: (205) 939-0199; Fax: (205) 939-0399

Ross Bozarth, Esq. (Bar No. 259602)
Email: rbozarth@gblegal.com
**GUENARD & BOZARTH**
8830 Elk Grove Boulevard
Elk Grove, CA 95624
Tel: (916) 714-7672; Fax: (916) 714-9031

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTOPHER T. MONROE,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:14-CV-05174-HRL<br><br>**PLAINTIFF'S NOTICE OF CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT GEICO GENERAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: January 25, 2018<br>Time: 9:00 a.m.<br>Court Room: 4<br><br>[Filed concurrently with Plaintiff's Cross Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment; Plaintiff's Moving Separate Statement of Uncontroverted Facts; Appendix of Evidence; Plaintiff's [Proposed] Order; and Plaintiff's Response to Defendant's Separate Statement of Undisputed Facts] |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 25, 2018, at 9:00 a.m. in Courtroom 4 of the above-captioned Court, located at 280 South First Street, No. 2112, San Jose, California before the Honorable Edward J. Davila, Plaintiff Christopher Monroe ("Plaintiff") will move this Court for an order, pursuant to Federal Rules of Civil Procedure Rule 56 that there is no genuine dispute as to any material fact regarding Plaintiff's breach of contract claim (Count I) and that Plaintiff is entitled to judgment as a matter of law.

This Notice is based on Plaintiff's Cross Motion for Partial Summary Judgment and Opposition to Defendant's Motion for Summary Judgment or In the Alternative for Summary Adjudication of Issues as to Plaintiff's First Amended Complaint, filed contemporaneously herein, the deposition testimony and accompanying exhibits of John Quinto, Lawrence Wright, Lon Grothen, Christopher Monroe, Defendant's ATLAS Records produced by Defendant, the pleadings and papers on file in this action, and such other and further evidence and argument as may be presented before and at the hearing on this Cross Motion.

Dated: December 8, 2017

**MCCALLUM, METHVIN & TERRELL, P.C.**

By: /s/ James M. Terrell
James M. Terrell (Appearance *Pro Hac Vice*)
jterrell@mmlaw.net
P. Michael Yancey (Appearance *Pro Hac Vice*)
myancey@mmlaw.net
Patrick C. Marshall (Appearance *Pro Hac Vice*)
pmarshall@mmlaw.net
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Tel: (205) 939-0199; Fax: (205) 939-0399

Ross Bozarth, Esq. (Bar No. 259602)
Email: rbozarth@gblegal.com
**Guenard & Bozarth**
8830 Elk Grove Boulevard
Elk Grove, CA 95624
Tel: (916) 714-7672; Fax: (916) 714-9031

*Attorneys for Plaintiff*

**PROOF OF SERVICE**

The undersigned certifies that on December 8, 2017, he caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

/s/ James M. Terrell
OF COUNSEL