Dennis B. Kass (State Bar No. 137263)
*dbk@manningllp.com*
Richard Garcia (State Bar No. 198185)
*rgg@manningllp.com*
Alexandra C. Seibert (State Bar No. 283008)
*acs@manningllp.com*
**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for GEICO GENERAL INSURANCE COMPANY

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CHRISTOPHER T. MONROE,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

Case No. 14-CV-05174-HRL

**DEFENDANT'S REPLY TO LACK OF OPPOSITION BY PLAINTIFF TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Date: January 25, 2018
Time: 9:00 a.m.
Ctrm.: 4

**TO ALL PARTIES AND THEIR ATTORNEYS:**

On November 17, 2017 defendants filed an appropriate noticed Motion for Summary Judgment to be heard on January 25, 2018. Pursuant to local rule 7-3(b) opposition to a motion must be filed and served not more than 14 days after the motion was filed. Plaintiff's opposition was therefore required to be filed and served on December 1, 2017. This opposition had to be served via overnight mail, personal service, or facsimile. Under local rule 73(c) the last day for defendant to file its reply to opposition to its motion is not more than seven days after the opposition

was due. Defendant's reply is therefore due on December 8, 2017.

However, to date, plaintiff has neither filed nor served defense counsel with an opposition to the Motion for Summary Judgment, making it impossible for defendant to file a substantive reply. This failure is in violation of local rule 7-3(b).

Accordingly, defendant Geico General Insurance Company respectfully requests that this Court grant the unopposed Motion for Summary Judgment.

DATED: December 8, 2017

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Ladell Hulet Muhlestein*
Dennis B. Kass
Richard Garcia
Alexandra C. Seibert
Ladell Hulet Muhlestein
Attorneys for GEICO GENERAL INSURANCE COMPANY

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On December 8, 2017, I served true copies of the following document(s) described as **DEFENDANT'S REPLY TO LACK OF OPPOSITION BY PLAINTIFF TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FOR SUMMARY ADJUDICATION OF ISSUES AS TO PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 8, 2017, at Los Angeles, California.

/s/ Julie Contreras
Julie Contreras

**SERVICE LIST**
***Christopher Monroe v. Geico General Insurance Co.***
**14-CV-05174-EJD**

**Bradley Ross Bozarth**
Guenard & Bozarth, LLP
8830 Elk Grove Blvd.
Elk Grove, CA 95624
916-714-7672
919-7149031 (fax)
rbozarth@gblegal.com

**Attorney for Christopher T. Monroe**
*(Plaintiff)*

**Gary Alan Waldron**
**Sherry Sue Bragg**
Weintraub Tobin
23 Corporate Plaza Dr.
Suite 200
Newport Beach, CA 92660
949-760-0204
gwaldron@weintraub.com
sbragg@weintraub.com

**Attorneys for Christopher T. Monroe**
*(Plaintiff)*

**Kristin E. Hobbs**
Hobbs Law Group
1340 E. Route 66
Suite 210
Glendora, CA 91740
626-782-4520
k.hobbs@hobbslawgroup.com

**Attorney for Christopher T. Monroe**
*(Plaintiff)*

**Perry Michael Yancey**
**James Michael Terrell**
**Patrick Clayton Marshall**
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
205-939-0199 ext. 105
205-939-0399 (fax)
myancey@mmlaw.net
jterrell@mmlaw.net

**Attorneys for Christopher T. Monroe**
*(Plaintiff)*

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW