Richard Garcia (State Bar No. 198185)
*rgg@manningllp.com*
Alexandra Seibert (State Bar No. 283008)
*acs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
333 Bush Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CHRISTOPHER T. MONROE,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

Case No. 14-CV-05174-EJD

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 8 TO EXCLUDE PERCIPIENTS WITNESSES, EXCEPT FOR ONE PARTY REPRESENTATIVE, FROM THE COURTROOM UNLESS THEY ARE TESTIFYING**

Date: April 5, 2018
Time: 11:00 a.m.
Ctrm.: 4
Judge: Hon. Edward J. Davila

Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO") does not oppose Plaintiff's Motion in Limine No. 8, to exclude percipient witnesses, except for one party representative, from the courtroom unless they are testifying, ***provided that*** such motion shall apply equally to both parties.

DATED: March 26, 2018

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Richard G. Garcia
Richard G. Garcia
Alexandra Seibert
Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY