Richard Garcia (State Bar No. 198185)
*rgg@manningllp.com*
Alexandra Seibert (State Bar No. 283008)
*acs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
333 Bush Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

CHRISTOPHER T. MONROE,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

Defendant.

Case No. 14-CV-05174-EJD

**OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 9 TO EXCLUDE IMPROPER CHARACTERIZATION OF PLAINTIFF, OR INFLAMMATORY RHETORIC**

Date: April 5, 2018
Time: 11:00 a.m.
Ctrm.: 4
Judge: Hon. Edward J. Davila



MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

Defendant GEICO GENERAL INSURANCE COMPANY ("GEICO") does not oppose Plaintiff's Motion in Limine No. 9, to exclude improper characterization of Plaintiff, or inflammatory rhetoric, ***provided that*** such motion shall apply equally to both parties.

Furthermore, GEICO does not objection to refraining from using the language described by Plaintiff when characterizing Plaintiff; ***provided that*** GEICO reserves the right to admit evidence of Plaintiff's prior convictions, arrests, and charges pursuant to Federal Rules of Evidence 105, 404, 608, or 609 and to make truthful, objective statements based on the evidence, such as that Plaintiff was convicted of a felony.

DATED: March 26, 2018

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Richard G. Garcia
Richard G. Garcia
Alexandra Seibert
Attorneys for Defendant GEICO GENERAL INSURANCE COMPANY